

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | Case No. 05-31272-C-7 |
| JIMMY C. KATUTA, | ) ) | Adversary No. 05-2456 |
| Debtor(s). | ) ) ) | |
| SCHOOLS FINANCIAL CREDIT UNION, | ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | |
| JIMMY C. KATUTA, | ) ) ) | |
| Defendant(s). | ) ) | |

FILED

AUG - 8 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM DECISION**

The records of this adversary proceeding reflect that the complaint was filed on November 9, 2005, and that service of process was completed on that same day. Defendant did not respond to the complaint and his default was entered on February 2, 2006. At a status conference held on February 28, 2006, at defendant's request made in open court, this court ordered that defendant's default could be vacated if an answer was filed by March 15, 2006. No answer has been filed as of August 8, 2006. Therefore, it is appropriate at this point for the court to consider entry of default judgment.

The court accepts well-pleaded facts as true. The well-pleaded facts establish that the defendant borrowed money from



```
 1  the plaintiff for the purpose of acquiring an automobile on the
 2  condition that the interest of plaintiff be recognized in the
 3  records of the California Department of Motor Vehicles.  Instead
 4  of complying with the requirement, the defendant sold the vehicle
 5  that he acquired to a third party.  The plaintiff sued the
 6  defendant in Sacramento County Superior Court, Case No.
 7  03AS00348, and obtained a money judgment for $38,407.06 on June
 8  13, 2003.
 9       The complaint in this adversary proceeding seeks to have
10  that debt excepted from discharge, as having been obtained by
11  fraud.  Under the circumstances, the court, accepting well-
12  pleaded facts as true pursuant to Federal Rule of Civil Procedure
13  55, is persuaded that the essential requirements of Federal Rule
14  of Bankruptcy Procedure § 523(a)(2) have been satisfied.
15       Accordingly, a default judgment will be entered declaring
16  that the judgment debt established by the Sacramento County
17  Superior Court in Case No. 03AS00348 is declared to be excepted
18  from discharge pursuant to § 523(a)(2).
19       Dated:  August 8, 2006.
```

_____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

John D. Creedon
4660 Natomas Blvd #120-82
Sacramento, CA 95835

Jimmy C. Katuta
208 Estrella Place
Lincoln, CA 95648

Dated: AUG - 9 2006

_____
DEPUTY CLERK